IN THE UNITED STATES OF ARKANSAS
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAMEON SPENSER                                                                    PLAINTIFF

vs.                                        NO.  5:07cv00151 BSM

CHICOT COUNTY, ARKANSAS, ET AL.                                      DEFENDANTS

## ORDER

Pending before the court is Plaintiff's motion for a non-suit, or voluntary dismissal, under Fed. R. Civ. P. 41(a)(2).  The Arkansas Department of Correction Defendants ("State Defendants") and the City of Dermott Defendants object to Plaintiff's request while the Chicot County Defendants do not object.

STANDARD OF REVIEW

Rule 41(a)2) provides that an action may be dismissed without prejudice only by court order "on terms that the court considers proper."  The decision to grant a dismissal without prejudice under Fed. R. Civ. P. 41(a)(2) lies within the sound discretion of the court.  Among the factors to be considered are:

> (1) the defendant's effort and the expense involved in preparing for trial, (2) excessive delay and lack of diligence on the part of the plaintiff in prosecuting the action, (3) insufficient explanation of the need to take a dismissal, and (4) the fact that a motion for summary judgment has been filed by the defendant.

*Witzman v. Gross*, 148 F. 3d 988, 992 (8th Cir. 1998).

A pending motion for summary judgment is a factor to consider but is not by itself dispositive.  *Metropolitan Fed. Bank of Iowa, F.S.B. v. W. R. Grace & Co.*, 999 F. 2d 1257, 1262 (8th Cir. 1993).

ANALYSIS

Plaintiff filed this action June 19, 2007 alleging Defendants violated his constitutional rights when he was unlawfully detained. The Chicot County Defendants filed their answer on July 2, 2007; the State Defendants filed their answer on August 14, 2007; and the City of Dermott Defendants filed their answer on July 24, 2007. The final scheduling order, issued on September 17, 2007, set the case for a court trial on August 4, 2008. The discovery cutoff date was May 6, 2008, and motions were due June 5, 2008.

The State Defendants and the City of Dermott Defendants filed motions for summary judgment on June 5, 2008. The Chicot County Defendants were granted an extension of time until June 25, 2008 to file their motion for summary judgment. On June 18, 2008, Plaintiff filed a motion for extension of time to file a response to the motions for summary judgment and a motion for a non-suit.

The court is not persuaded that the factors weigh against granting the dismissal. Defendants have not gone to any great expense to date. Very little discovery has been done in this case. Defendants have only taken the deposition of Plaintiff, and that could be used again should this action be refiled. The motions for summary judgment are based primarily on issues of law such as Defendants' entitlement to immunity. These are issues with which Defense counsel, who represent governmental entities, are familiar. Therefore, the motions themselves should not have taken an extraordinary amount of time to prepare. They also can be used again should Plaintiff refile.

That Plaintiff has not given any specific reason for his request does not tip the balance in favor of denying it. Plaintiff has not demonstrated a lack of diligence in prosecuting this action. The case has been pending only about one year. The record does

not reflect that Plaintiff has failed to cooperate with discovery requests.

Rule 41(a)(2) provides that the court may dismiss "on terms that the court considers proper."  The City of Dermott Defendants and State Defendants ask that the court require Plaintiff to pay their costs prior to refiling this action should this action be dismissed..

The court finds that Defendants are not unduly prejudiced by the dismissal and will not impose any conditions at this time.  Rule 41(d) provides that the court in which the action is refiled may order a Plaintiff to pay all or part of the costs of the previous action. Should Plaintiff refile, Defendants can ask for costs at that time.

Accordingly, the motion for non-suit (document #33) is granted.  This case is hereby dismissed without prejudice.  All pending motions are denied as moot.

IT IS SO ORDERED this 26th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE